# Order

Michigan Supreme Court
Lansing, Michigan

June 24, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148387

US BANK NATIONAL ASSOCIATION,
  Plaintiff-Appellee,

v

              SC: 148387
              COA: 313516
              Washtenaw CC: 12-000068-AV

DEVINDER S. BAJWA and KAMALJIT BAJWA,
  Defendants-Appellants.

_____/

   On order of the Court, the application for leave to appeal the November 15, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 24, 2014 _____

s0616



              Clerk